DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAM HABIBI, D.C., P.A.,**
Appellant,

v.

**7M PROPERTIES, LLC,**
Appellee.

No. 4D17-3764

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 13-025942 CACE (03).

Evan B. Plotka of Evan B. Plotka, P.A., Hollywood, for appellant.

Ronald J. Zeller of Zeller & Associates, LLC, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***